**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| SAED E. AL-ZAMELY, | ) |
| | ) |
| Petitioner, | ) |
| vs. | ) NO. CIV-07-0639-HE |
| | ) |
| ALBERTO GONZALES, ET AL., | ) |
| | ) |
| Respondents. | ) |

**ORDER**

Petitioner Saed Al-Zamely, appearing *pro se*, brought this action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Respondents have filed a motion to dismiss the petition for a writ of habeas corpus based on mootness grounds.  Pursuant to 28 U.S.C. § 636(b)(1)(B), this matter was referred to Magistrate Judge Valerie K. Couch, who recommended that respondents' motion to dismiss be granted and the petition be dismissed.

Petitioner has failed to object to the Report and Recommendation and, therefore, has waived his right to appellate review of the factual and legal issues it addressed.  United States v. One Parcel of Real Property, 73 F.3d 1057, 1059-60 (10th Cir. 1996).  *See* 28 U.S.C. § 636(b)(1); LCvR 72.1.  The court has also considered the merits of the motion to dismiss and substantially concurs with the Magistrate Judge's analysis.

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #20].  The respondents' motion to dismiss [Doc. #17] is **GRANTED** and the petition for a writ of habeas corpus is **DISMISSED** with prejudice.

**IT IS SO ORDERED**.

Dated this 11th day of October, 2007.

                     _____
                     JOE HEATON
                     UNITED STATES DISTRICT JUDGE